**Affirm and Opinion Filed August 19, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00357-CR

**JOSHUA LEE DIXON, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

### On Appeal from the 380th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 380-82812-2014

## MEMORANDUM OPINION

Before Justices Fillmore, Myers, and Evans
Opinion by Justice Myers

Joshua Lee Dixon was convicted of delivery of methamphetamine in an amount of one gram or more but less than four grams. *See* TEX. HEALTH & SAFETY CODE ANN. §§ 481.102(6), 481.112(c) (West 2010). Punishment, following the revocation of appellant's community supervision, was assessed at five years' imprisonment. Appellant filed a pro se motion to dismiss the appeal. However, because the motion was not signed by counsel, and counsel did not respond to our letter inquiring about whether he concurred in appellant's decision, we could not grant the motion. *See* TEX. R. APP. P. 42.2(a) (both appellant and counsel must sign motion to dismiss appeal). Therefore, we ordered the trial court to make findings regarding whether appellant desired to pursue the appeal. We adopted the trial court's finding that appellant does not wish to pursue the appeal and we submitted the appeal without briefs. *See* TEX. R. APP. P.

38.8(b)(4). Absent briefs, no issues are before us. Finding no fundamental error, we affirm the trial court's judgment.

                                        /Lana Myers/

                                        LANA MYERS
                                        JUSTICE

Do Not Publish
TEX. R. APP. P. 47
150357F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOSHUA LEE DIXON, Appellant

No. 05-15-00357-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 380th Judicial District Court, Collin County, Texas
Trial Court Cause No. 380-82812-2014.
Opinion delivered by Justice Myers, Justices Fillmore and Evans participating.

Based on the Court's opinion of this date, we **AFFIRM** the trial court's judgment.


Judgment entered this 19th day of August, 2015.